KURT C. FAUX, ESQ.
Nevada Bar No. 003407
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 002478
JORDAN F. FAUX, ESQ.
Nevada Bar No. 12205
THE FAUX LAW GROUP
2625 N. Green Valley Parkway, Suite 100
Henderson, Nevada  89014
Telephone:  (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
       wsiepmann@fauxlaw.com
       jfaux@fauxlaw.com
*Attorneys for American Contractors Indemnity Company*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation, <br><br>Plaintiff,<br><br>v.<br><br>ALPHA ENERGY AND ELECTRIC, INC., a Missouri corporation, also known as ALPHA ENERGY AND ELECTRIC DBA ALPHA GENERAL CONTRACTING; GABRIEL OKAFOR, an individual; NICKY OKAFOR, an individual; EMMANUEL NWABUONWU, an individual; BETTY NWABUONWU, an individual;<br><br>Defendants. | CASE NO: 2:23-cv-00615-JCM-EJY<br><br>**STIPULATED DISCOVERY PLAN & DISCOVERY ORDER SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure ("FRCP") and Local Rule 26-1(a), Plaintiff American Contractors Indemnity Company, by and through its counsel, Jordan F. Faux, Esq. of the Faux Law Group and Defendants, by and through their counsel, Stephen J. Moore, Esq. of Krigel & Krigel (collectively referred to as "Parties"), conferred on July 14, 2023. The Parties hereby submit their Stipulated Discovery Plan ("Plan").

### Information Required Under Fed. R. Civ. P. 26(f)

1. <u>Changes in timing, form, or requirement for disclosures (FRCP 26(f)(3)(A).</u>

   a. No changes are needed at this time in the hanges should be made in the timing, form, or requirement for disclosures.

b.  Initial disclosures will be provided in accordance with FRCP 26(a)(1) on or before **August 14, 2023.**

2.  Subjects of Discovery (FRCP 26(f)(3)(B). The parties anticipate Discovery will take place regarding:

   a. The facts and circumstances that will enable the Court to determine the validity of the allegations found in Plaintiff's Complaint;

   b. The facts and circumstances that will enable the Court to determine the validity of defenses asserted by the Defendants;

   c. Any party may conduct and propound Discovery as allowed by the Federal Rules of Civil Procedure, the Local Rules of the Court and this Order. There is no need at this time to conduct discovery in phases or to be focused on particular issues other than those described above in section 2 a. and b. The parties reserve any general Discovery matters as needed.

3.  Electronically Stored Information (FRCP 26(f)(3)(C).  There are no issues to be addressed at this time.

4.  Claims of Privilege (FRCP 26(f)(3)(D).  Privilege issues will be addressed on a case-by-case basis. The Parties agree to promptly return any inadvertently disclosed privileged information to the disclosing Party without reviewing or retaining the privileged information upon learning of its privilege.

5.  Changes on Limitations of Discovery (FRCP 26(f)(3)(E).  The Parties do not anticipate at this time any changes to limitations imposed discovery imposed by the federal or local rules.

6.  Other Orders (FRCP 26(f)(3)(F).  The Parties do not request the issuance of any other orders at this time.

**Information Required Under LR 26-1**

7.  Completion of Discovery (LR 26-1(b)(1)). The parties anticipate that Discovery focused on the above issues can be completed within 180 days from the date of Defendants' Answer (June 13, 2023), which results in a **Discovery Cut-Off Date of December 11, 2023.**

8. <u>Amending the Pleadings and Adding Parties (LR 26-1(b)(2))</u>.  Motions to amend pleadings, or to add parties, shall be filed not later than ninety (90) days prior to the close of Discovery, or **September 12, 2023.**

9. <u>Expert Disclosure (Fed. R. Civ. P. 26(a)(2) and LR 26-1(b)(3))</u>. The Parties will disclose experts, if any, not later than sixty (60) days prior to the close of Discovery, or **October 12, 2023.** Rebuttal experts shall be disclosed within thirty (30) days after the initial disclosure of experts and no later than **November 13, 2023.**

10. <u>Dispositive Motions LR 26-1(b)(4))</u>. The parties will file Dispositive Motions, if any, not later than thirty (30) days after the Discovery Cut-Off Date, or **January 10, 2024.**

11. <u>Pretrial Order (LR 26-1(b)(5))</u>. The parties shall file the joint pretrial order no later than thirty (30) days after the date set for filing Dispositive Motions, or **February 9, 2024**. If the Parties file Dispositive Motions, then the duty to submit a pretrial order shall be suspended until thirty (30) days after the final decision on the Dispositive Motions or further Order of the Court.

12. <u>Fed. R. Civ. P. 26(a)(3) Disclosures (LR 26-1(b)(6))</u>. All disclosures required by the Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the joint pretrial order.

13. <u>Alternative Dispute Resolution (LR 26-1(b)(7))</u>. The Parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation.

14. <u>Alternative Forms of Case Disposition (LR 26-1(b)(8))</u> . The Parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and use of the Short Trial Program (General Order 2013-01).

DATED this 14th day of July, 2023.            DATED this 14th day of July, 2023.

THE FAUX LAW GROUP                              KRIGEL & KRIGEL

By:   /s/ Jordan F. Faux                              By:   /s/   Stephen J. Moore
     KURT C. FAUX, ESQ.                                STEPHEN J. MOORE, ESQ.
     Nevada Bar No. 003407                             Krigel & Krigel
     WILLI H. SIEPMANN, ESQ.                           Pro Hac Vice
     Nevada Bar No. 002478                             4520 Main, Suite 700
     JORDAN F. FAUX, ESQ.                              Kansas City, Mo 64111
     Nevada Bar No. 012205                                       and

3

| | |
|---|---|
| 2625 N. Green Valley Parkway, #100<br>Henderson, Nevada 89014<br>*Attorneys for Plaintiff American*<br>*Contractors Indemnity Company* | CHARLES R. KOZAK, ESQ.<br>Nevada Bar No. 11179<br>3100 Mill Street, Suite 115<br>Reno, NV 89502<br>*Attorneys for Defendants* |

CASE NO: 2:23-cv-00615-JCM-EJY

**STIPULATED DISCOVERY PLAN & DISCOVERY ORDER SUBMITTED IN COMPLIANCE WITH LR 26-1(b)**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 15, 2023

4