Stephen J. Moore (admitted *pro hac vice*)
KRIGEL & KRIGEL, P.C.
4520 Main, Suite 700
Kansas City, MO 64111
Telephone: 816.756.5800
Facsimile: 816.756.1999
sjmoore@krigelandkrigel.com

Charles R. Kozak (SBN 11179)
KOZAK & ASSOCIATES, LLC
3100 Mill Street, Suite 115
Reno, Nevada 89502
Telephone: 775.322.1239
Facsimile: 775.800.1767
chuck@kozaklawfirm.com

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| AMERICAN CONTRACTORS INDEMNITY COMPANY,<br><br>            Plaintiff,<br><br>v.<br><br>ALPHA ENERGY AND ELECTRIC, INC., et al.,<br><br>            Defendants. | Case No. 2:23-cv-00615-JCM-EJY<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO ACIC'S MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)** |

      Plaintiff filed a motion for summary judgment on September 26, 2023 (Doc. #17). Defendants' response to that motion is due to be filed no later than October 17, 2023. Defense counsel has been out of the office for much of the past two weeks and requires additional time to review and analyze the motion and prepare an appropriate response in consultation with his clients. Pursuant to Fed. R. Civ. P. 6(b)(1) and LR IA 6-1, this

constitutes good cause for an extension of the response deadline. No prior extensions to respond to this motion for summary judgment have been requested. In accordance with LR IA 6-1, the parties hereby stipulate to an extension of time until **November 7, 2023** for Defendants to file their response to Plaintiff's motion for summary judgment (Doc. #17).

Respectfully submitted this 13th day of October 2023 by:

                **KRIGEL & KRIGEL, P.C.**

                By:  */s/ Stephen J. Moore*
                      Stephen J. Moore   *Pro Hac Vice*
                      4520 Main Street, Suite 700
                      Kansas City, Missouri 64111
                      Telephone: 816.756.5800
                      Facsimile:   816.756.1999
                      sjmoore@krigelandkrigel.com

                      Charles R. Kozak      SBN 11179
                      KOZAK & ASSOCIATES, LLC
                      3100 Mill Street, Suite 115
                      Reno, Nevada 89502
                      Telephone: 775.322.1239
                      Facsimile:   775.800.1767
                      chuck@kozaklawfirm.com

                *Counsel for Defendants*

                **THE FAUX LAW GROUP**

                By:  */s/ Jordan F. Faux*
                      Kurt C. Faux         NV #003407
                      Willi H. Siepmann    NV #002478
                      Jordan F. Faux       NV #012205
                      2625 N. Green Valley Pkwy., Ste 100
                      Henderson, Nevada 89014

                *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that a true and correct copy of the foregoing document was served this 13th day of October 2023 via the ECF filing system upon the following:

**Counsel for Plaintiff ACIC**
Kurt C. Faux
Willi H. Siepmann
Jordan F. Faux
THE FAUX LAW GROUP
2625 N. Green Valley Parkway, #100
Henderson, NV 89014

　　　　　　　　　　　　　　　　　　　 /s/ Stephen J. Moore
　　　　　　　　　　　　　　　　　　　Attorney for Defendants

**IT IS SO ORDERED:**

_____
**HON. JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE**

DATED: October 16, 2023

3