Stephen J. Moore (admitted *pro hac vice*)
KRIGEL & KRIGEL, P.C.
4520 Main, Suite 700
Kansas City, MO 64111
Telephone: 816.756.5800
Facsimile:  816.756.1999
sjmoore@krigelandkrigel.com

Charles R. Kozak (SBN 11179)
KOZAK & ASSOCIATES, LLC
3100 Mill Street, Suite 115
Reno, Nevada 89502
Telephone: 775.322.1239
Facsimile:  775.800.1767
chuck@kozaklawfirm.com

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| AMERICAN CONTRACTORS INDEMNITY COMPANY,<br><br>            Plaintiff,<br><br>v.<br><br>ALPHA ENERGY AND ELECTRIC, INC., et al.,<br><br>            Defendants. | Case No. 2:23-cv-00615-JCM-EJY<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO ACIC'S MOTION FOR SUMMARY JUDGMENT (SECOND REQUEST)** |

Plaintiff filed a motion for summary judgment on September 26, 2023 (Doc. #17). After a stipulated extension of time (*see* Doc. ##21-22), Defendants' response to that motion is due to be filed no later than November 7, 2023, but defense counsel has been unexpectedly out of the office dealing with a family medical matter and has not been able to finalize the response. Under Fed. R. Civ. P. 6(b)(1) and LR IA 6-1, Defendants

1

submit that this constitutes good cause for a short extension of the current response deadline through November 10, 2023. In accordance with LR IA 6-1, the parties hereby stipulate to an extension of time until **November 10, 2023** for Defendants to file their response to Plaintiff's motion for summary judgment (Doc. #17).

Respectfully submitted this 7th day of November 2023 by:

| KRIGEL & KRIGEL, P.C. | THE FAUX LAW GROUP |
|---|---|
| By: /s/ Stephen J. Moore | By: /s/ Jordan F. Faux |
| Stephen J. Moore    *Pro Hac Vice* | Kurt C. Faux NV #003407 |
| 4520 Main Street, Suite 700 | Willi H. Siepmann   NV #002478 |
| Kansas City, Missouri 64111 | Jordan F. Faux        NV #012205 |
| Telephone: 816.756.5800 | 2625 N. Green Valley Parkway |
| Facsimile:   816.756.1999 | Suite 100 |
| sjmoore@krigelandkrigel.com | Henderson, Nevada 89014 |
| | |
| Charles R. Kozak    SBN 11179 | *Counsel for Plaintiff* |
| KOZAK & ASSOCIATES, LLC | |
| 3100 Mill Street, Suite 115 | |
| Reno, Nevada 89502 | |
| Telephone: 775.322.1239 | |
| Facsimile:   775.800.1767 | |
| chuck@kozaklawfirm.com | |

*Counsel for Defendants*

**IT IS SO ORDERED:**

_____
**HON. JAMES C. MAHAN**
**UNITED STATES DISTRICT JUDGE**

DATED: November 7, 2023
_____

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that a true and correct copy of the foregoing document was served this 7th day of November 2023 via the ECF filing system upon the following:

**Counsel for Plaintiff ACIC**
Kurt C. Faux
Willi H. Siepmann
Jordan F. Faux
THE FAUX LAW GROUP
2625 N. Green Valley Parkway, #100
Henderson, NV 89014

                               */s/ Stephen J. Moore*
                               Attorney for Defendants