KURT C. FAUX, ESQ.
Nevada Bar No. 003407
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 002478
JORDAN F. FAUX, ESQ.
Nevada Bar No. 12205
THE FAUX LAW GROUP
2625 N. Green Valley Parkway, Suite 100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
       wsiepmann@fauxlaw.com
       jfaux@fauxlaw.com
*Attorneys for American Contractors Indemnity Company*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALPHA ENERGY AND ELECTRIC, INC., a Missouri corporation, also known as ALPHA ENERGY AND ELECTRIC DBA ALPHA GENERAL CONTRACTING; GABRIEL OKAFOR, an individual; NICKY OKAFOR, an individual; EMMANUEL NWABUONWU, an individual; BETTY NWABUONWU, an individual;<br><br>Defendants. | CASE NO: 2:23-cv-00615-JCM-EJY<br><br>**STIPULATION TO EXTEND TIME FOR ACIC TO FILE REPLY BRIEF TO DEFENDANTS' RESPONSE TO ACIC'S MOTION FOR SUMMARY JUDGMENT<br>(FIRST REQUEST)** |

///

///

///

///

Plaintiff filed a motion for summary judgment on September 26, 2023 (Doc. #17). Defendants filed their response on November 10, 2023. Due to the Thanksgiving holiday and pre-planned, pre-paid travel of Plaintff's counsel, the parties have stipualted that the time for ACIC to respond to Defendants' Response be extended to **Friday, December 1, 2023**. Under Fed. R. Civ. P. 6(b)(1) and

1

LR IA 6-1, Plaintiff submits that this constitutes good cause for a short extension of the current response deadline through December 1, 2023. In accordance with LR IA 6-1, the parties hereby stipulate to an extension of time until and including December 1, 2023 for Plaintiff to file its reply to Defendants' response to Plaintiff's motion for summary judgment (Doc. #17).

Respectfully submitted this 20th day of November, 2023:

*/s/ Jordan F. Faux*
KURT C. FAUX, ESQ.
Nevada Bar No. 003407
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 002478
JORDAN F. FAUX, ESQ.
Nevada Bar No. 12205
THE FAUX LAW GROUP
2625 N. Green Valley Parkway, Suite 100
Henderson, Nevada 89014
*Attorneys for ACIC*

*/s/ Stephen J. Moore*
Stephen J. Moore *Pro Hac Vice*
4520 Main Street, Suite 700
Kansas City, Missouri 64111
Telephone: 816.756.5800
Facsimile: 816.756.1999
sjmoore@krigelandkrigel.com

Charles R. Kozak SBN 11179
KOZAK & ASSOCIATES, LLC
3100 Mill Street, Suite 115
Reno, Nevada 89502
Telephone: 775.322.1239
Facsimile: 775.800.1767
chuck@kozaklawfirm.com

*Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** November 21, 2023

2