KURT C. FAUX, ESQ.
Nevada Bar No. 003407
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 002478
JORDAN F. FAUX, ESQ.
Nevada Bar No. 12205
THE FAUX LAW GROUP
2625 N. Green Valley Parkway, Suite 100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
        wsiepmann@fauxlaw.com
        jfaux@fauxlaw.com
*Attorneys for American Contractors Indemnity Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> ALPHA ENERGY AND ELECTRIC, INC., a Missouri corporation, also known as ALPHA ENERGY AND ELECTRIC DBA ALPHA GENERAL CONTRACTING; GABRIEL OKAFOR, an individual; NICKY OKAFOR, an individual; EMMANUEL NWABUONWU, an individual; BETTY NWABUONWU, an individual; <br><br> Defendants. | CASE NO: 2:23-cv-00615-JCM-EJY <br><br> **STIPULATION AND ORDER TO DISMISS** |

Plaintiff, American Contractors Indemnity Company ("ACIC") by and through its counsel , Jordan F. Faux, Esq. of The Faux Law Group, and Alpha Energy and Electric Inc., aka Alpha Enery and Electric dba Alpha General Contracting, Gabriel Okafor, Nicky Okafor, Emmanuel Nwabuonwu, and Betty Nwabuonwu by and through their counsel, S.J. Moore of Krigel and Krigel hereby stipulate to dismiss this action without prejudice. Each party will bear their attorney fees and costs as set forth in the Settlement Agreement.

///

///

THE FAUX LAW GROUP
2625 N. GREEN VALLEY PARKWAY, SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790

*ACIC v. Alpha Energy and Elec. et al.*
2:23-cv-00615-JCM-EJY
**Stipulation and Order to Dismiss**

Respectfully submitted this 6th day of February, 2025:

/s/ Jordan F. Faux
KURT C. FAUX, ESQ.
Nevada Bar No. 003407
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 002478
JORDAN F. FAUX, ESQ.
Nevada Bar No. 12205
THE FAUX LAW GROUP
2625 N. Green Valley Parkway, Suite 100
Henderson, Nevada  89014
*Attorneys for ACIC*

/s/ Stephen J. Moore
Stephen J. Moore *Pro Hac Vice*
4520 Main Street, Suite 700
Kansas City, Missouri 64111
Telephone: 816.756.5800
Facsimile: 816.756.1999
sjmoore@krigelandkrigel.com

Charles R. Kozak SBN 11179
KOZAK & ASSOCIATES, LLC
3100 Mill Street, Suite 115
Reno, Nevada 89502
Telephone: 775.322.1239
Facsimile: 775.800.1767
chuck@kozaklawfirm.com

*Attorneys for Defendants*

IT IS SO ORDERED:

HON. JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

DATED: February 10, 2025